# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

SHERMAN LYNELL THOMAS,

    Plaintiff,

v.                                                                          CASE NO. 4:09cv433-RH/WCS

PROGRESS ENERGY FLORIDA, INC.,

    Defendant.

_____/

## ORDER FOR DISMISSAL

This case is before the court on the report and recommendation, ECF No. 34, and the objections, ECF No. 35. I have reviewed *de novo* the issues raised by the objections. The report and recommendation is correct and is adopted as the court's opinion except on the issue of costs and attorney's fees, on which no opinion is expressed by this order. Accordingly,

    IT IS ORDERED:

    The motion to dismiss, ECF No. 27, is GRANTED. The clerk must enter judgment stating, "The plaintiff's claims are dismissed with prejudice."

    SO ORDERED on November 22, 2010.

                                                        s/Robert L. Hinkle
                                                        United States District Judge